**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**PA WILLIAM GOMEZ,**

**Petitioner,**

**vs.** **CASE NO. 4:09cv469-RH/WCS**

**DEPARTMENT OF HOMELAND SECURITY,**

**Respondent.**
**_________________________________/**

## SUPPLEMENTAL REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. Plaintiff's copy of the report and recommendation entered in this case on January 26, 2010, doc. 5, has been returned to the Clerk's office undelivered. Doc. 6. A check with INS officials reveals that the Petitioner in this case was released from custody on January 28, 2010.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on January 26, 2010.

**s/ William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**