# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

PA WILLIAM GOMEZ,

    Petitioner,

v.                          CASE NO. 4:09cv469-RH/WCS

DEPARTMENT OF HOMELAND
SECURITY,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's supplemental report and recommendation (document 8). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED as moot." The clerk must close the file.

SO ORDERED on March 2, 2010.

                                            s/Robert L. Hinkle
                                            United States District Judge